1  MATTHEW J. RUGGLES, Bar No. 173052
   BARBARA A. BLACKBURN, Bar No. 253731
2  LITTLER MENDELSON
   A Professional Corporation
3  2520 Venture Oaks Way, Suite 390
   Sacramento, CA  95833.4227
4  Telephone:   916.830.7200
   Facsimile:    916.561.0828

Attorneys for Defendant
PAPE MACHINERY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARA WONG, an individual,<br><br>          Plaintiff,<br><br>    v.<br><br>PAPE MACHINERY, INC., an Oregon corporation, and DOES 1-100,<br><br>          Defendant. | Case No.  2:08-CV-00042-FCD-DAD<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |

      Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

      The parties stipulate that their initial round of discovery, including the deposition of Plaintiff Cara Wong, should be completed before the Voluntary Dispute Resolution session is held. The a parties agree that this initial round of discovery shall be completed within 120 days.

      IT IS SO STIPULATED.

///////////

///////////

///////////

///////////

///////////

NO.  2:08-CV-00042-FCD-DAD

STIPULATION AND ORDER FOR VOLUNTARY DISPUTE RESOLUTION PROGRAM

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

1  Dated: March 7, 2008

2
                                        /s/ *Matthew J. Ruggles*
3                                          MATTHEW J. RUGGLES
                                           LITTLER MENDELSON
4                                          A Professional Corporation
                                           Attorneys for Defendant
5                                          PAPE MACHINERY, INC.

6  Dated: March 7, 2008

7
                                        /s/ *Robert A. Carichoff (authorized 3/07/08)*
8                                          ROBERT A. CARICHOFF
                                           Plaintiff

9

10     IT IS SO ORDERED.

11

12 Dated: March 11, 2008

13

14                                       FRANK C. DAMRELL, JR.
15                                         UNITED STATES DISTRICT JUDGE

DEFENDANT'S NOTICE OF DEPOSITION OF PLAINTIFF (NO. 2:08-CV-00042-FCD-DAD)   2.

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200